IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01098-OES

UNITED STATES OF AMERICA,

v.

JOHN MEHALIC, III,

    Movant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 25 2005

GREGORY C. LANGHAM
CLERK

---

ORDER DISMISSING CASE

---

Movant John Mehalic, III, is a prisoner in the custody of the United States Bureau of Prisons at the Federal Correctional Institution at Englewood, Colorado. Mr. Mehalic initiated this action by filing *pro se* a "Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody." On June 24, 2005, Magistrate Judge O. Edward Schlatter ordered Mr. Mehalic to show cause why the motion should not be denied because this Court lacks jurisdiction over the motion. On July 8, 2005, Mr. Mehalic filed a "Motion to Withdraw 28 U.S.C. 2255 Application."

The Court must construe the motion to withdraw liberally because Mr. Mehalic is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the motion to withdraw as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the [applicant] without order of court (i) by filing a notice of

dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by the government in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See* ***Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the "Motion to Withdraw 28 U.S.C. 2255 Application" filed on July 8, 2005, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of July 8, 2005, the date the motion was filed in this action. It is

FURTHER ORDERED that judgment is entered in favor of the United States and against Movant.

DATED at Denver, Colorado, this 22 day of July, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01098-OES

John Mehalic, III
Reg. No. 06416-007
FCI – Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/25/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk